| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Roger V. Ashodian<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | Order Filed on February 23, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ROGER V. ASHODIAN,<br><br>                Debtor. | Chapter 7<br><br>Case No. 17-24000 (VFP) |

### ORDER RESOLVING OBJECTION TO CHAPTER 13 PLAN, EXTENDING STAY AND VOIDING SHERIFF'S SALE

The relief set forth on the following pages numbered two (2) through five (5) is hereby ORDERED.

**DATED: February 23, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

F0014760 - 1

Page 2
Debtor:     Roger V. Ashodian
Case No.    17-24000 (VFP)
Caption:    ORDER RESOLVING OBJECTION TO CHAPTER 13 PLAN, EXTENDING STAY AND VOIDING SHERIFF'S SALE

**THIS MATTER**, having been opened to the Court upon the (i) motion of Select Portfolio Servicing Inc. as Servicer for Wells Fargo Bank, National Association ("SPS") seeking to annul the automatic stay; (ii) the oral request of the Debtor to extend the automatic stay; and the (iii) objection of SPS to confirmation of the Debtor's chapter 13 plan, as revised; and the Debtor and SPS having entered into negotiations to resolve the issues related to SPS's claim against the Debtor and his estate; and the Debtor and SPS having agreed to the terms set forth below; and the Court having reviewed the issues raised by each party, and the Court having considered the pleadings and arguments of counsel, and it appearing that the relief set forth herein is fair and reasonable, and for good cause shown; it is

**ORDERED AS FOLLOWS:**

1. SPS shall have an allowed secured claim in the amount of of $175,000.00 plus simple interest on the unpaid principal balance of judgment of foreclosure per the attached spreadsheet.

2. SPS shall be paid as follows:

    a. $30,000 shall be paid directly to SPS by the Debtor on or before January 15, 2018, or no later than seven days after entry of the confirmation order, whichever is later; and

    b. $10,000 shall be paid directly to SPS by the Debtor on or before February 15, 2018, or no later than seven days after entry of the confirmation order, whichever is later.

F0014760 - 1

Page 3
Debtor:    Roger V. Ashodian
Case No.   17-24000 (VFP)
Caption:   ORDER RESOLVING OBJECTION TO CHAPTER 13 PLAN, EXTENDING STAY AND VOIDING SHERIFF'S SALE

    c.    Pre-confirmation payments made to the chapter 13 trustee in the amount of $5,341.90, leaving a remaining balance of $130,779.88; and

    d.    The remaining balance to be paid to the chapter 13 trustee commencing January 11, 2018, for a period of fifty-three (53) months with interest calculated at 6% per annum on unpaid balance of judgment of foreclosure.

    e.    In the event the Debtor refinances or sells the real property located at 6910 Henley Street, Philadelphia, Pennsylvania, during the term of the chapter 13 plan pursuant to an order of the United States Bankruptcy Court, SPS shall be paid the unpaid balance of the judgment of foreclosure. The unpaid balance shall not include unearned interest on the unpaid principal balance of the judgment of foreclosure.

3.    SPS withdraws its objection to confirmation of the Debtor's current Chapter 13 Plan and agrees that it will not object to any further amended versions of the Debtor's Chapter 13 Plan so long as SPS is being treated in the exact same manner as set forth in paragraph 2 above. Any and all claims that SPS may have against the Debtor or his bankruptcy estate are hereby resolved. Any and all claims that that SPS, its successor or assigns may have against the Debtor are waived except as may be necessary to enforce the terms of this Consent Order, its treatment under the Debtor's Chapter 13 Plan or any Foreclosure Action that may occur in State Court if the current bankruptcy case is dismissed for any reason.

4.    The sale of the Debtor's property located at 6910 Henley Street, Philadelphia, Pennsylvania which occurred on or about July 11, 2017 was conducted by the Sheriff of the City

F0014760 - 1

Page 4
Debtor:      Roger V. Ashodian
Case No.     17-24000 (VFP)
Caption:     ORDER RESOLVING OBJECTION TO CHAPTER 13 PLAN, EXTENDING STAY AND VOIDING SHERIFF'S SALE

of Philadelphia subsequent to the filing of the Debtor's bankruptcy case. Thus, the sale is null, void and vacated due to the bankruptcy filing and any funds received by the Sheriff of the City of Philadelphia in connection with such sale shall be returned to the purchaser forthwith, and the Deed issued and delivered by the Sheriff of the City of Philadelphia shall be and is hereby stricken from the records by the Philadelphia Department of Records.

5. The Debtor has the sole and exclusive right to commence an action against the Sheriff of the City of Philadelphia to recover fees charged in excess of that allowed under applicable law in connection with any foreclosure sales conducted of the Debtor's real property located at 6910 Henley Street, Philadelphia, Pennsylvania. Any amounts recovered shall be disbursed in the matter set forth in the Chapter 13 Plan

6. The automatic stay be and hereby is further extended for the duration of the case pursuant to 11 U.S.C. § 362(c) *nunc pro tunc* to the Petition Date of July 11, 2017, unless modified by the Court pursuant to the terms of this Consent Order.

7. In the event the Debtor defaults in making the payments under the confirmed Plan, and such default is not cured within thirty (30) days of notice to the Debtor and the Debtor's counsel by SPS or the Trustee, the Debtor's chapter 13 case will be dismissed and SPS shall be granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d) and such relief shall remain in effect in subsequent bankruptcy filings, if any, unless otherwise Ordered by the Court for good cause shown.

8. To the extent the terms of the Debtor's confirmed chapter 13 plan conflict with any term in this Consent Order, the terms of this Consent Order shall govern.

F0014760 - 1

Page 5
Debtor:     Roger V. Ashodian
Case No.    17-24000 (VFP)
Caption:    ORDER RESOLVING OBJECTION TO CHAPTER 13 PLAN, EXTENDING STAY AND VOIDING SHERIFF'S SALE

      9.    The terms set forth hereunder shall survive in the event the Debtor's case is dismissed or converted.

| Month | Year | Number of Days | Judgment Balance | Post-Judgment Interest | Daily Interest | Interest Charge | Trustee Disbursement to SPS | Direct Payments to SPS | Accrued Post-Petition Interest | Total Balance Due to SPS | Additional Payment to Trustee | Total Plan Payment | Accrued Trustee Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start | | | $ 115,663.28 | $ 59,336.72 | | | | | $ - | $ 175,000.00 | | | |
| July | 2017 | 20 | $ 115,663.28 | $ 59,336.72 | $ - | $ - | | | $ - | $ 175,000.00 | | | |
| August | 2017 | 31 | $ 115,663.28 | $ 59,336.72 | $ - | $ - | | | $ - | $ 175,000.00 | $ 150.00 | $ 150.00 | $ 150.00 |
| September | 2017 | 30 | $ 115,663.28 | $ 59,336.72 | $ - | $ - | | | $ - | $ 175,000.00 | $ 150.00 | $ 150.00 | $ 300.00 |
| October | 2017 | 31 | $ 115,663.28 | $ 59,336.72 | $ - | $ - | $ 3,205.14 | | $ - | $ 171,794.86 | $ 469.86 | $ 3,675.00 | $ 3,975.00 |
| November | 2017 | 30 | $ 115,663.28 | $ 56,131.58 | $ - | $ - | $ 1,068.38 | | $ - | $ 170,726.48 | $ 106.62 | $ 1,175.00 | $ 5,150.00 |
| December | 2017 | 31 | $ 115,663.28 | $ 55,063.20 | $ - | $ - | $ 1,068.38 | | $ - | $ 169,658.10 | $ 106.62 | $ 1,175.00 | $ 6,325.00 |
| January | 2018 | 31 | $ 115,663.28 | $ 53,994.82 | $ 19.01 | $ 589.41 | $ - | | $ - | $ 170,247.51 | $ 426.00 | $ 426.00 | $ 6,751.00 |
| February | 2018 | 28 | $ 115,663.28 | $ 54,584.23 | $ 19.01 | $ 532.37 | $ - | $ 40,000.00 | $ - | $ 130,779.88 | $ 426.00 | $ 426.00 | $ 7,177.00 |
| March | 2018 | 31 | $ 115,663.28 | $ 15,116.60 | $ 19.01 | $ 589.41 | $ 2,810.00 | | $ - | $ 128,559.28 | $ 690.00 | $ 3,500.00 | $ 10,677.00 |
| April | 2018 | 30 | $ 115,663.28 | $ 12,896.00 | $ 19.01 | $ 570.39 | $ 2,810.00 | | $ - | $ 126,319.68 | $ 690.00 | $ 3,500.00 | $ 14,177.00 |
| May | 2018 | 31 | $ 115,663.28 | $ 10,656.40 | $ 19.01 | $ 589.41 | $ 2,810.00 | | $ - | $ 124,099.08 | $ 690.00 | $ 3,500.00 | $ 17,677.00 |
| June | 2018 | 30 | $ 115,663.28 | $ 8,435.80 | $ 19.01 | $ 570.39 | $ 2,810.00 | | $ - | $ 121,859.48 | $ 690.00 | $ 3,500.00 | $ 21,177.00 |
| July | 2018 | 31 | $ 115,663.28 | $ 6,196.20 | $ 19.01 | $ 589.41 | $ 2,810.00 | | $ - | $ 119,638.89 | $ 690.00 | $ 3,500.00 | $ 24,677.00 |
| August | 2018 | 31 | $ 115,663.28 | $ 3,975.61 | $ 19.01 | $ 589.41 | $ 2,810.00 | | $ - | $ 117,418.29 | $ 690.00 | $ 3,500.00 | $ 28,177.00 |
| September | 2018 | 30 | $ 115,663.28 | $ 1,755.01 | $ 19.01 | $ 570.39 | $ 2,810.00 | | $ - | $ 115,178.69 | $ 690.00 | $ 3,500.00 | $ 31,677.00 |
| October | 2018 | 31 | $ 115,178.69 | | $ 18.93 | $ 586.94 | $ 2,810.00 | | $ - | $ 112,955.63 | $ 690.00 | $ 3,500.00 | $ 35,177.00 |
| November | 2018 | 30 | $ 112,955.63 | | $ 18.57 | $ 557.04 | $ 2,810.00 | | $ - | $ 110,702.67 | $ 690.00 | $ 3,500.00 | $ 38,677.00 |
| December | 2018 | 31 | $ 110,702.67 | | $ 18.20 | $ 564.13 | $ 2,810.00 | | $ - | $ 108,456.80 | $ 690.00 | $ 3,500.00 | $ 42,177.00 |
| January | 2019 | 31 | $ 108,456.80 | | $ 17.83 | $ 552.68 | $ 2,810.00 | | $ - | $ 106,199.48 | $ 690.00 | $ 3,500.00 | $ 45,677.00 |
| February | 2019 | 28 | $ 106,199.48 | | $ 17.46 | $ 488.81 | $ 2,810.00 | | $ - | $ 103,878.29 | $ 690.00 | $ 3,500.00 | $ 49,177.00 |
| March | 2019 | 31 | $ 103,878.29 | | $ 17.08 | $ 529.35 | $ 2,810.00 | | $ - | $ 101,597.64 | $ 690.00 | $ 3,500.00 | $ 52,677.00 |
| April | 2019 | 30 | $ 101,597.64 | | $ 16.70 | $ 501.03 | $ 2,810.00 | | $ - | $ 99,288.67 | $ 690.00 | $ 3,500.00 | $ 56,177.00 |
| May | 2019 | 31 | $ 99,288.67 | | $ 16.32 | $ 505.96 | $ 2,810.00 | | $ - | $ 96,984.63 | $ 690.00 | $ 3,500.00 | $ 59,677.00 |
| June | 2019 | 30 | $ 96,984.63 | | $ 15.94 | $ 478.28 | $ 2,810.00 | | $ - | $ 94,652.91 | $ 690.00 | $ 3,500.00 | $ 63,177.00 |
| July | 2019 | 31 | $ 94,652.91 | | $ 15.56 | $ 482.34 | $ 2,810.00 | | $ - | $ 92,325.26 | $ 690.00 | $ 3,500.00 | $ 66,677.00 |
| August | 2019 | 31 | $ 92,325.26 | | $ 15.18 | $ 470.48 | $ 2,810.00 | | $ - | $ 89,985.73 | $ 690.00 | $ 3,500.00 | $ 70,177.00 |
| September | 2019 | 30 | $ 89,985.73 | | $ 14.79 | $ 443.77 | $ 2,810.00 | | $ - | $ 87,619.50 | $ 690.00 | $ 3,500.00 | $ 73,677.00 |
| October | 2019 | 31 | $ 87,619.50 | | $ 14.40 | $ 446.50 | $ 2,810.00 | | $ - | $ 85,256.00 | $ 690.00 | $ 3,500.00 | $ 77,177.00 |
| November | 2019 | 30 | $ 85,256.00 | | $ 14.01 | $ 420.44 | $ 2,810.00 | | $ - | $ 82,866.44 | $ 690.00 | $ 3,500.00 | $ 80,677.00 |
| December | 2019 | 31 | $ 82,866.44 | | $ 13.62 | $ 422.28 | $ 2,810.00 | | $ - | $ 80,478.72 | $ 690.00 | $ 3,500.00 | $ 84,177.00 |
| January | 2020 | 31 | $ 80,478.72 | | $ 13.19 | $ 408.99 | $ 2,810.00 | | $ - | $ 78,077.71 | $ 690.00 | $ 3,500.00 | $ 87,677.00 |
| February | 2020 | 29 | $ 78,077.71 | | $ 12.80 | $ 371.19 | $ 2,810.00 | | $ - | $ 75,638.90 | $ 690.00 | $ 3,500.00 | $ 91,177.00 |
| March | 2020 | 31 | $ 75,638.90 | | $ 12.40 | $ 384.39 | $ 2,810.00 | | $ - | $ 73,213.29 | $ 690.00 | $ 3,500.00 | $ 94,677.00 |
| April | 2020 | 30 | $ 73,213.29 | | $ 12.00 | $ 360.07 | $ 2,810.00 | | $ - | $ 70,763.36 | $ 690.00 | $ 3,500.00 | $ 98,177.00 |
| May | 2020 | 31 | $ 70,763.36 | | $ 11.60 | $ 359.62 | $ 2,810.00 | | $ - | $ 68,312.97 | $ 690.00 | $ 3,500.00 | $ 101,677.00 |
| June | 2020 | 30 | $ 68,312.97 | | $ 11.20 | $ 335.97 | $ 2,810.00 | | $ - | $ 65,838.94 | $ 690.00 | $ 3,500.00 | $ 105,177.00 |
| July | 2020 | 31 | $ 65,838.94 | | $ 10.79 | $ 334.59 | $ 2,810.00 | | $ - | $ 63,363.53 | $ 690.00 | $ 3,500.00 | $ 108,677.00 |
| August | 2020 | 31 | $ 63,363.53 | | $ 10.39 | $ 322.01 | $ 2,810.00 | | $ - | $ 60,875.54 | $ 690.00 | $ 3,500.00 | $ 112,177.00 |
| September | 2020 | 30 | $ 60,875.54 | | $ 9.98 | $ 299.39 | $ 2,810.00 | | $ - | $ 58,364.93 | $ 690.00 | $ 3,500.00 | $ 115,677.00 |
| October | 2020 | 31 | $ 58,364.93 | | $ 9.57 | $ 296.61 | $ 2,810.00 | | $ - | $ 55,851.54 | $ 690.00 | $ 3,500.00 | $ 119,177.00 |
| November | 2020 | 30 | $ 55,851.54 | | $ 9.16 | $ 274.68 | $ 2,810.00 | | $ - | $ 53,316.22 | $ 690.00 | $ 3,500.00 | $ 122,677.00 |
| December | 2020 | 31 | $ 53,316.22 | | $ 8.74 | $ 270.95 | $ 2,810.00 | | $ - | $ 50,777.17 | $ 690.00 | $ 3,500.00 | $ 126,177.00 |
| January | 2021 | 31 | $ 50,777.17 | | $ 8.35 | $ 258.75 | $ 2,810.00 | | $ - | $ 48,225.93 | $ 690.00 | $ 3,500.00 | $ 129,677.00 |
| February | 2021 | 28 | $ 48,225.93 | | $ 7.93 | $ 221.97 | $ 2,810.00 | | $ - | $ 45,637.90 | $ 690.00 | $ 3,500.00 | $ 133,177.00 |

{F0014830 - 1}

| Month | Year | Days | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| March | 2021 | 31 | $ 45,637.90 | | $ 7.50 | $ 232.57 | $ 2,810.00 | | $ 43,060.46 | $ 690.00 | $ 3,500.00 | $ 136,677.00 |
| April | 2021 | 30 | $ 43,060.46 | | $ 7.08 | $ 212.35 | $ 2,810.00 | | $ 40,462.82 | $ 690.00 | $ 3,500.00 | $ 140,177.00 |
| May | 2021 | 31 | $ 40,462.82 | | $ 6.65 | $ 206.19 | $ 2,810.00 | | $ 37,859.01 | $ 690.00 | $ 3,500.00 | $ 143,677.00 |
| June | 2021 | 30 | $ 37,859.01 | | $ 6.22 | $ 186.70 | $ 2,810.00 | | $ 35,235.71 | $ 690.00 | $ 3,500.00 | $ 147,177.00 |
| July | 2021 | 31 | $ 35,235.71 | | $ 5.79 | $ 179.56 | $ 2,810.00 | | $ 32,605.27 | $ 690.00 | $ 3,500.00 | $ 150,677.00 |
| August | 2021 | 31 | $ 32,605.27 | | $ 5.36 | $ 166.15 | $ 2,810.00 | | $ 29,961.42 | $ 690.00 | $ 3,500.00 | $ 154,177.00 |
| September | 2021 | 30 | $ 29,961.42 | | $ 4.93 | $ 147.75 | $ 2,810.00 | | $ 27,299.18 | $ 690.00 | $ 3,500.00 | $ 157,677.00 |
| October | 2021 | 31 | $ 27,299.18 | | $ 4.49 | $ 139.11 | $ 2,810.00 | | $ 24,628.29 | $ 690.00 | $ 3,500.00 | $ 161,177.00 |
| November | 2021 | 30 | $ 24,628.29 | | $ 4.05 | $ 121.45 | $ 2,810.00 | | $ 21,939.74 | $ 690.00 | $ 3,500.00 | $ 164,677.00 |
| December | 2021 | 31 | $ 21,939.74 | | $ 3.61 | $ 111.80 | $ 2,810.00 | | $ 19,241.55 | $ 690.00 | $ 3,500.00 | $ 168,177.00 |
| January | 2022 | 31 | $ 19,241.55 | | $ 3.16 | $ 98.05 | $ 2,810.00 | | $ 16,529.60 | $ 690.00 | $ 3,500.00 | $ 171,677.00 |
| February | 2022 | 28 | $ 16,529.60 | | $ 2.72 | $ 76.08 | $ 2,810.00 | | $ 13,795.68 | $ 690.00 | $ 3,500.00 | $ 175,177.00 |
| March | 2022 | 31 | $ 13,795.68 | | $ 2.27 | $ 70.30 | $ 2,810.00 | | $ 11,055.98 | $ 690.00 | $ 3,500.00 | $ 178,677.00 |
| April | 2022 | 30 | $ 11,055.98 | | $ 1.82 | $ 54.52 | $ 2,810.00 | | $ 8,300.51 | $ 690.00 | $ 3,500.00 | $ 182,177.00 |
| May | 2022 | 31 | $ 8,300.51 | | $ 1.36 | $ 42.30 | $ 2,810.00 | | $ 5,532.80 | $ 690.00 | $ 3,500.00 | $ 185,677.00 |
| June | 2022 | 30 | $ 5,532.80 | | $ 0.91 | $ 27.29 | $ 2,810.00 | | $ 2,750.09 | $ 690.00 | $ 3,500.00 | $ 189,177.00 |
| July | 2022 | 31 | $ 2,750.09 | | $ 0.45 | $ 14.01 | $ 2,764.10 | | $ 0.00 | $ 735.90 | $ 3,500.00 | $ 192,677.00 |
| Totals | | | | | | | $ 154,226.00 | | | | | |

Total Payment to SPS/Wells Fargo         $ 40,000.00
                                          $ 154,226.00
                                          $ 194,226.00

{F0014830 - 1}