| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Roger V. Ashodian<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com |

| | |
|---|---|
| In Re:<br><br>ROGER V. ASHODIAN,<br><br>                         Debtor. | Chapter 7<br><br>Case No. 17-24000 (VFP)<br><br>Hearing Date:  March 7, 2019<br>Hearing Time:  10:00 a.m. |

**CERTIFICATION OF KIM R. LYNCH IN SUPPORT**
**OF MOTION TO BE RELIEVED AS COUNSEL**

Kim R. Lynch, of full age, respectfully represents as follows:

1.      I am an attorney at law duly licensed to practice in the State of New Jersey and before this Court.  I am a member of the firm of Formanlaw LLC t/a Forman Holt.

2.      Forman Holt was retained by Roger Ashodian (the "Debtor") to represent him in his chapter 13 case.

3.      Forman Holt seeks authority to withdraw as counsel to the Debtor.

4.      During the Debtor's chapter 13 case, our communication broke down.  In addition, the agreement with the Debtor provided that the representation of Forman Holt would cease upon confirmation of the Debtor's chapter 13 plan.

5.      The Debtor's plan was confirmed on February 8, 2018.

F0041789 - 1

6. It is submitted that the Debtor will not be adversely affected by the withdrawal of Forman Holt since the Debtor's plan was confirmed.

I certify that the facts set forth herein are true and accurate. I understand that if any statement contained herein is willfully false, I am subject to punishment.

> /s/ Kim R. Lynch
> Kim R. Lynch

Dated: February 8, 2019