| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br><br>ROGER V. ASHODIAN | <br><br>Order Filed on June 17, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  17-24000 VFP<br><br>Hearing Date:  6/16/2022 |

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 17, 2022**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s): ROGER V. ASHODIAN

Case No.: 17-24000

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

THIS MATTER having come before the Court on 06/16/2022 on notice to the Debtor(s) herein (Pro Se), and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $1,757.00 to the Trustee's office by 7/7/2022 or the case will be dismissed; and it is further

- ORDERED, that if satisfied, the Trustee's certification of default will be adjourned to 7/7/2022 at 10:00 AM.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-24000-VFP

Roger V. Ashodian  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Jun 17, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roger V. Ashodian, 41 North Fullerton Avenue, Apartment D2, Montclair, NJ 07042-3473 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph D. Petrolino, Jr. | on behalf of Trustee Marie-Ann Greenberg jpetrolino@magtrustee.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael Frederick Dingerdissen | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for the SACO I Inc. Mortgage Pass-Through Certificates Series 1999-3 nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. AS SERVICER FOR WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE, F/K/A NORWEST BANK..... nj.bkecf@fedphe.com |
| Sean M. O'Brien | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for the SACO I Inc. Mortgage Pass-Through Certificates Series 1999-3 DMcDonough@flwlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6