PRO SE
,

Re:   ROGER V. ASHODIAN                                              Atty:   PRO SE
      41 NORTH FULLERTON AVENUE                                              ,
      APARTMENT D2
      MONTCLAIR, NJ  07042

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 17-24000

## RECEIPTS AS OF 01/13/2023              (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/28/2017 | $300.00 | 1724000-24673991837 | 10/20/2017 | $1,000.00 | 24723827425 |
| 10/20/2017 | $1,000.00 | 24670234225 | 10/20/2017 | $1,000.00 | 24661257952 |
| 10/20/2017 | $1,000.00 | 19662776763 | 10/20/2017 | $1,000.00 | 24670238005 |
| 10/20/2017 | $175.00 | 24670238016 | 11/07/2017 | $1,000.00 | 23807383086 |
| 11/07/2017 | $175.00 | 23807383097 | 12/06/2017 | $175.00 | 24661266120 |
| 12/06/2017 | $1,000.00 | 24661266118 | 01/19/2018 | $426.00 | 24886026022 |
| 03/23/2018 | $426.00 | 59337957525 | 03/23/2018 | $3,500.00 | 447439 |
| 05/01/2018 | $1,000.00 | 24949808098 | 05/01/2018 | $1,000.00 | 25024505062 |
| 05/01/2018 | $500.00 | 25024504241 | 05/16/2018 | $1,000.00 | 25137011610 |
| 05/30/2018 | $500.00 | 24399274331 | 05/30/2018 | $500.00 | 17729489761 |
| 07/03/2018 | $700.00 | 25024518990 | 07/03/2018 | $1,000.00 | 25024518988 |
| 07/03/2018 | $1,000.00 | 25024518753 | 07/31/2018 | $1,000.00 | 25261478087 |
| 08/29/2018 | $1,000.00 | 25261483094 | 09/05/2018 | $8,300.00 | 453245 |
| 10/12/2018 | $2,500.00 | 1724000-453276 | 10/17/2018 | $2,500.00 | 454057 |
| 10/26/2018 | $3,500.00 | 454061 | 02/12/2019 | $9,000.00 | 447818 |
| 03/05/2019 | $1,000.00 | 25677935447 | 03/05/2019 | $1,000.00 | 25677935436 |
| 03/05/2019 | $1,000.00 | 25624783754 | 03/05/2019 | $500.00 | 25677935458 |
| 04/08/2019 | $1,000.00 | 25694033602 | 04/08/2019 | $470.25 | 25694033624 |
| 04/08/2019 | $10,000.00 | 459463 | 04/23/2019 | $1,500.00 | FORMAN HO 01273 |
| 04/24/2019 | $2,000.00 | 459477 | 08/06/2019 | $7,000.00 | 459594 |
| 09/18/2019 | $7,000.00 | 459651 | 09/24/2019 | $3,500.00 | 459656 |
| 11/04/2019 | $3,500.00 | 459699 | 12/05/2019 | $3,500.00 | 459718 |
| 01/06/2020 | $3,500.00 | 459742 | 02/10/2020 | $3,500.00 | 459790 |
| 03/06/2020 | $3,500.00 | 459819 | 05/19/2020 | $1,000.00 | 26336639812 |
| 05/19/2020 | $1,000.00 | 26544695962 | 05/19/2020 | $1,000.00 | 26544695973 |
| 05/19/2020 | $500.00 | 26544695995 | 05/27/2020 | $1,000.00 | 26544698008 |
| 05/27/2020 | $500.00 | 26544698010 | 05/27/2020 | $1,000.00 | 26336645098 |
| 05/27/2020 | $500.00 | 26336645100 | 05/27/2020 | $500.00 | 26544696761 |
| 06/10/2020 | $1,000.00 | 2638055 6098 | 06/10/2020 | $667.25 | 26380556100 |
| 07/10/2020 | $1,000.00 | 26763775828 | 07/10/2020 | $667.25 | 26763775830 |

**Chapter 13 Case # 17-24000**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/11/2020 | $667.25 | 26710509420 | 08/11/2020 | $1,000.00 | 26710509418 |
| 08/19/2020 | $667.25 | 26544571593 | 08/19/2020 | $1,000.00 | 26544571582 |
| 09/09/2020 | $667.25 | 26912306338 | 09/09/2020 | $1,000.00 | 26912301568 |
| 11/03/2020 | $1,000.00 | 26912316723 | 11/03/2020 | $757.00 | 26912316734 |
| 12/08/2020 | $1,000.00 | 27071231174 | 12/08/2020 | $757.00 | 27071231185 |
| 01/28/2021 | $1,000.00 | 27071241647 | 01/28/2021 | $757.00 | 27071237755 |
| 02/03/2021 | $757.00 | 27071241715 | 02/03/2021 | $1,000.00 | 27071236822 |
| 04/02/2021 | $757.00 | 1724000-27241304736 | 04/02/2021 | $1,000.00 | 1724000-27241304927 |
| 04/02/2021 | $757.00 | 1724000-26783891381 | 04/02/2021 | $1,000.00 | 1724000-27071244404 |
| 04/20/2021 | $1,000.00 | 27241310294 | 04/20/2021 | $757.00 | 27241314445 |
| 05/19/2021 | $1,000.00 | 27241322736 | 05/19/2021 | $757.00 | 27241318034 |
| 06/18/2021 | $757.00 | 27241324986 | 06/18/2021 | $1,000.00 | 27439830180 |
| 08/10/2021 | $757.00 | 27439838043 | 08/10/2021 | $1,000.00 | 27439840350 |
| 09/01/2021 | $1,000.00 | 27439839955 | 09/01/2021 | $757.00 | 27611178480 |
| 10/14/2021 | $1,000.00 | 27661302731 | 10/14/2021 | $757.00 | 27661306803 |
| 11/01/2021 | $757.00 | 27661305835 | 11/01/2021 | $1,000.00 | 27661303754 |
| 11/30/2021 | $757.00 | 27661314047 | 11/30/2021 | $1,000.00 | 27661313801 |
| 12/20/2021 | $1,000.00 | 27661321034 | 12/20/2021 | $757.00 | 27661321225 |
| 01/31/2022 | $757.00 | 27575364587 | 01/31/2022 | $1,000.00 | 27661327288 |
| 03/14/2022 | $1,000.00 | 27654524673 | 03/14/2022 | $757.00 | 27654524684 |
| 05/04/2022 | $757.00 | 28021376970 | 05/12/2022 | $1,000.00 | 27991463264 |
| 05/27/2022 | $757.00 | 28236189306 | 05/27/2022 | $1,000.00 | 28021380660 |
| 06/17/2022 | $757.00 | 28021385338 | 06/17/2022 | $1,000.00 | 27866378790 |
| 06/20/2022 | $1,000.00 | 28021386958 | 06/20/2022 | $757.00 | 27866367617 |
| 07/06/2022 | $1,000.00 | 28021391144 | 07/06/2022 | $757.00 | 28021389625 |
| 09/07/2022 | $757.00 | 28087753408 | 09/07/2022 | $1,000.00 | 28087753094 |
| 10/20/2022 | $1,000.00 | 28087762803 | 10/20/2022 | $757.00 | 28087757414 |
| 11/22/2022 | $757.00 | 28087769395 | 11/22/2022 | $1,000.00 | 28087768438 |
| 12/19/2022 | $1,000.00 | 28451475707 | 12/19/2022 | $757.00 | 28451475718 |
| 01/10/2023 | $757.00 | 28087773930 | 01/10/2023 | $1,000.00 | 28451476440 |

**Total Receipts: $163,422.50 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $163,422.50**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| FORMAN HOLT | | | | | | | |
| | 10/24/2017 | $1,500.00 | 790,203 | | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 06/18/2018 | $1,385.38 | 803,463 | | 08/20/2018 | $3,500.20 | 807,329 |
| | 10/22/2018 | $9,021.00 | 811,205 | | 11/19/2018 | $8,015.50 | 813,166 |
| | 03/18/2019 | $8,013.61 | 820,794 | | 04/15/2019 | $3,116.41 | 822,840 |
| | 05/20/2019 | $7,274.43 | 824,807 | | 09/16/2019 | $6,720.00 | 832,692 |
| | 10/21/2019 | $10,342.50 | 834,656 | | 12/16/2019 | $3,318.00 | 838,716 |
| | 01/13/2020 | $3,318.00 | 840,600 | | 02/10/2020 | $3,318.00 | 842,475 |
| | 03/16/2020 | $3,318.00 | 844,347 | | 04/20/2020 | $3,318.00 | 846,292 |
| | 06/15/2020 | $6,300.00 | 849,953 | | 07/20/2020 | $1,542.21 | 851,699 |
| | 08/17/2020 | $1,542.21 | 853,587 | | 09/21/2020 | $3,084.42 | 855,354 |
| | 10/19/2020 | $1,542.21 | 857,272 | | 12/21/2020 | $1,625.22 | 860,836 |
| | 01/11/2021 | $1,625.22 | 862,747 | | 04/19/2021 | $6,500.88 | 867,809 |
| | 05/17/2021 | $1,625.22 | 869,770 | | 06/21/2021 | $1,651.58 | 871,528 |
| | 07/19/2021 | $1,651.58 | 873,391 | | 09/20/2021 | $3,303.16 | 876,801 |
| | 11/17/2021 | $3,338.30 | 880,307 | | 01/10/2022 | $3,338.30 | 883,605 |
| | 03/14/2022 | $1,669.15 | 887,010 | | 04/18/2022 | $1,695.50 | 888,664 |
| | 06/20/2022 | $3,391.00 | 892,092 | | 07/18/2022 | $3,391.00 | 893,856 |

**Chapter 13 Case # 17-24000**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 08/15/2022 | $1,695.50 | 895,433 | 10/17/2022 | $1,695.50 | 898,704 |
| | 11/14/2022 | $1,660.36 | 900,279 | 12/12/2022 | $1,660.36 | 901,862 |
| | 01/09/2023 | $1,660.36 | 903,356 | | | |
| SELECT PORTFOLIO SERVICING, INC. | | | | | | |
| | 10/24/2017 | $3,205.14 | 790,204 | 12/18/2017 | $1,068.38 | 793,366 |
| | 01/22/2018 | $1,068.38 | 795,217 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 8,751.97 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 15,000.00 | 100.00% | 15,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | UNITED STATES TREASURY/IRS | SECURED | 4,255.18 | 100.00% | 0.00 | 4,255.18 |
| 0002 | PHILADELPHIA TRAFFIC COURT | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 148,884.10 | 100.00% | 131,168.27 | 17,715.83 |
| 0004 | PA OFFICE OF UNEMPLOYMENT COMPEN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | PENNSYLVANIA DEPARTMENT OF REVEN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | STATE OF NEW JERSEY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | UNITED STATES TREASURY/IRS | PRIORITY | 5,345.78 | 100.00% | 0.00 | 5,345.78 |
| 0008 | UNITED STATES TREASURY/IRS | UNSECURED | 2,104.48 | 100.00% | 0.00 | 2,104.48 |
| 0009 | SELECT PORTFOLIO SERVICING INC | (NEW) Mortgage Al | 5,341.90 | 100.00% | 5,341.90 | 0.00 |
| 0010 | FORMAN HOLT | (NEW) Mortgage Al | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| 0011 | DAVID A. SCHOLL, ESQUIRE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $161,762.14**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $163,422.50    -    Paid to Claims: $138,010.17    -    Admin Costs Paid: $23,751.97    =    Funds on Hand: $1,660.36

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.